IGNATZ DLABOLA, Respondent, *v.* THE MANHATTAN RAILWAY
COMPANY, Appellant.

(Argued April 25, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made February 3, 1890, which affirmed
a judgment in favor of plaintiff, entered upon a decision of
the court on trial without a jury, and also affirmed an order
denying a motion for a new trial.

*Samuel Blythe Rogers* for appellant.

*Alfred Steckler* for respondent.

Agree to affirm · no opinion.
All concur.
Judgment affirmed.